**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Carlos ZACARIAS–AMADOR,
Defendant–Appellant.**

**No. 04–51459.**

United States Court of Appeals,
Fifth Circuit.

Decided July 5, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, Frances Rowse Cusack, Federal Public Defender's Office Western District of Texas, Del Rio, TX, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that appellees unopposed motion to remand case

for resentencing in light of the Supreme Courts recent opinion in Booker and this Courts opinion in Mares is granted.

IT IS FURTHER ORDERED that appellees unopposed motion in the alternative to extend time to file appellees brief until 14 days from the Courts denial of appellees motion to vacate and remand is moot.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5th Cir. R. 47.5.4.

